UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS VELILLA,<br>                Plaintiff,<br><br>    -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 16 Civ. 4317 (LAP) (BCM)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    On August 22, 2017, U.S. Magistrate Judge Barbara Moses issued a Report and Recommendation (dkt. no. 19) recommending that the Court deny Plaintiff's motion for judgment on the pleadings (dkt. no. 10) and grant Defendant's cross-motion for judgment on the pleadings (dkt. no. 14).  Magistrate Judge Moses advised the parties that they had fourteen days to file written objections to the Report and Recommendation, and no such objections have been filed.  When no party objects to a Report and Recommendation, the "district court need only satisfy itself that there is no clear error on the face of the record."  Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).  The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Moses's Report and Recommendation in its entirety as the opinion of the Court.

Accordingly, Plaintiff's motion for judgment on the pleadings is <u>DENIED</u>, and Defendant's cross-motion for judgment on the pleadings is <u>GRANTED</u>.  The Clerk of the Court shall mark the action closed and all pending motions denied as moot.

<u>SO ORDERED.</u>

Dated:   August 20, 2020
         New York, New York

*Loretta A. Presky*
_____
LORETTA A. PRESKA, U.S.D.J.