**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARCOS VELILLA,

                Plaintiff,                      16 **CIVIL** 4317 (LAP) (BCM)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 20, 2020, Magistrate Judge Moses's Report and Recommendation is adopted in its entirety as the opinion of the Court; Plaintiff's motion for judgment on the pleadings is denied, and Defendant's cross-motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          August 20, 2020

                                                                **RUBY J. KRAJICK**
                                                                _____
                                                                     **Clerk of Court**
                                                       **BY:**
                                                                       _____
                                                                        **Deputy Clerk**